[No. 58854-1-I.  Division One.  July 23, 2007.]

SERENA L. WHITEHALL, *Individually and as Guardian, Appellant*, v. KING COUNTY ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-18244-3, Michael Heavey, J., entered October 22, 2004 and September 1, 2006. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Dwyer, JJ. Now published at 140 Wn. App. 761.

[No. 58934-2-I.  Division One.  July 23, 2007.]

WAYNE R. RICHARDSON, *Respondent*, v. COUNTRYWIDE HOME LOANS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-14561-5, LeRoy McCullough, J., entered October 6, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59339-1-I.  Division One.  July 23, 2007.]

STEPHANIE M. CHERRINGTON, *Appellant*, v. CINGULAR WIRELESS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-32947-5, Helen Halpert, J., entered December 1, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 32611-6-II.  Division Two.  July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. S.J.B., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-8-00287-5, Gordon Godfrey, J., entered October 28, 2004. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.